for leave to proceed in forma pauperis denied. Petitioner is allowed until March 15, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Breyer took no part in the consideration or decision of this motion.

**No. 10-8059. Michael J. Riley, Sr., Petitioner v. Louisiana State Bar Association, et al.**

562 U.S. 1214, 131 S. Ct. 1555, 179 L. Ed. 2d 298, 2011 U.S. LEXIS 1429.

February 22, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 15, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-8150. Gary M. Cohen, Petitioner v. Federal Express Corporation.**

562 U.S. 1215, 131 S. Ct. 1555, 179 L. Ed. 2d 298, 2011 U.S. LEXIS 1434.

February 22, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 15, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Sotomayor took no part in the consideration or decision of this motion.

**No. 10-8374. Paul N. Farmer, Petitioner v. Alaska, et al.**

562 U.S. 1214, 131 S. Ct. 1555, 179 L. Ed. 2d 298, 2011 U.S. LEXIS 1474.

February 22, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 15, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-8444. Thomas Edward Throckmorton, Petitioner v. United States.**

562 U.S. 1214, 131 S. Ct. 1555, 179 L. Ed. 2d 298, 2011 U.S. LEXIS 1363.

February 22, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioners is allowed until March 15, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-8594. Tracy Lee Selvy, Petitioner v. United States.**

562 U.S. 1214, 131 S. Ct. 1556, 179 L. Ed. 2d 298, 2011 U.S. LEXIS 1399.

February 22, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 15, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-507. Pacific Operators Offshore, LLP, et al., Petitioners v. Luisa L. Valladolid, et al.**

562 U.S. 1215, 131 S. Ct. 1472, 179 L. Ed. 2d 298, 2011 U.S. LEXIS 1462.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.